IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN RE KRAFT HEINZ COMPANY        §        No. 16, 2022
DERIVATIVE LITIGATION            §
                                 §        Court Below – Court of Chancery
                                 §        of the State of Delaware
                                 §
                                 §        C.A. No. 2019-0587

Submitted:    June 22, 2022
Decided:   August 1, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## **ORDER**

On this 1st day of August, 2022, after careful consideration of all briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the December 15, 2021 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice